IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00181-WDM-BNB

ELEANOR FOX, and
CHARLES FOX,

Plaintiffs,

v.

MARSHALL R. DOUGLASS, individually, and d/b/a MULE SKINNER TRUCKING,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion Revising Scheduling Order** [docket no. 14, filed July 10, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 2, 2007**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 31, 2007**;

| | |
|---|---|
| Joinder of Parties and Amendment of Pleadings | **September 24, 2007;** |
| Discovery Cut-Off: | **February 1, 2008;** |
| Dispositive Motion Deadline: | **December 31, 2007.** |

DATED:  July 11, 2007