IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00181-WDM-BNB

ELEANOR AND CHARLES FOX,

    Plaintiffs,

v.

MARSHALL R. DOUGLAS, individually and
d/b/a MULE SKINNER TRUCK LINES,

    Defendants.

## NOTICE OF STIPULATED DISMISSAL

Miller, J.

This matter is before me on the stipulation for dismissal with prejudice filed by the parties (doc no 19). I construe this as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and accordingly take judicial notice that the complaint is dismissed with prejudice, each party to pay his, her or its own attorneys' fees and costs.

DATED at Denver, Colorado, on September 14, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge